# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| COMMONWEALTH OF PENNSYLVANIA, | : | No. 539 EAL 2018 |
|---|---|---|
| Respondent | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| | : | |
| JAMES JONES, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 3rd day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.

Justice Wecht did not participate in the consideration or decision of this matter.